UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **PAUL A. MASON,** | } |
| Plaintiff, | } |
| v. | } Case No.: 5:21-cv-01166-MHH |
| **PETROLEUM SERVICE GROUP LLC d/b/a PETROLEUM SERVICE CORPORATION,** | } |
| Defendant. | } |

### ORDER

On May 17, 2022, Mr. Mason filed an unopposed notice of dismissal with prejudice. (Doc. 16). The submission "gives notice of the dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii)." (Doc. 16, p. 1). Rule 41(a)(1)(A)(ii) requires all parties who have appeared to sign a stipulation of dismissal. FED. R. CIV. P. 41(a)(1)(A)(ii). Because the plaintiff's unopposed notice of dismissal with prejudice is not signed by defense counsel, the notice does not satisfy Rule 41(a)(1)(A)(ii).

The Court construes the notice under Rule 41(a)(2) which allows a district court to dismiss an action at the plaintiff's request "by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2). Consistent with the plaintiff's

1

notice, the Court dismisses this matter with prejudice.  The parties shall bear their own attorney fees, costs, and expenses.

    **DONE** and **ORDERED** this May 25, 2022.

                              _____
                              **MADELINE HUGHES HAIKALA**
                              UNITED STATES DISTRICT JUDGE